1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                    v.<br><br>DAVID DEMULLE,<br><br>            Defendant. | NO. CR 15-00141-ODW<br><br><br>FINAL ORDER OF FORFEITURE |

        WHEREAS, on May 19, 2017, the Court entered a preliminary order of forfeiture as to defendant David DeMulle's interest in the property listed in the preliminary order of forfeiture and identified as the "Forfeitable Property;"[1]

_____

        [1] After the Court entered the preliminary order of forfeiture, the government discovered that two of the firearms listed in the preliminary order (a Glock model 21 .45 caliber semi-automatic pistol, bearing serial number APZ964US and a Smith & Wesson model 642 .38 caliber revolver, bearing serial number BMA2183) were inadvertently included in the preliminary order of forfeiture.  These two firearms are the property of the Los Angeles Police Department that were used in the sting operation and therefore have been omitted from this Final Order.

AND WHEREAS, in compliance with the publication requirement of Fed. R. Crim. P. 32.2(b)(6), and pursuant to 21 U.S.C. § 853(n)(1), plaintiff United States of America ("the government") caused to be published on an official government internet website (www.forfeiture.gov) for 30 consecutive days, notice of the forfeiture of the specific property listed in the preliminary order of forfeiture and of the intent of the United States to dispose of the specific property in accordance with the law and as specified in the preliminary order of forfeiture, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the specific property;

AND WHEREAS, the government provided written notice, where practicable, to all persons believed to have a potential interest in the specific property listed in the preliminary order of forfeiture;

AND WHEREAS, no third party petitions have been filed;

AND WHEREAS, the Court finds that, pursuant to Fed. R. Crim. P. 32.2(c)(2), defendant David DeMulle had an interest in the specific property listed in the preliminary order of forfeiture which interest is subject to forfeiture to the United States;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all right, title and interest to the following property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law:

(a)  one Star model 30P 9mm caliber semi-automatic pistol,
     bearing serial number 1806787;

(b)   one Sturm, Ruger & Co. model Security-Six .357 Magnum caliber revolver, bearing serial number 158-64030;

(c)   one Sturm, Ruger & Co. model Mark II Target .22 Long Rifle caliber semi-automatic pistol, bearing serial number 211-21635;

(d)   one PWA Arms model Commando 5.56mm caliber semi-automatic rifle, bearing serial number 40837;

(e)   one Winchester model 72 .22 caliber bolt-action rifle, bearing no serial number;

(f)   one Colt model Combat Commander .45 caliber semi-automatic pistol, bearing serial number 70BS30835;

(g)   one Savage Arms model 840 .30-30 caliber bolt-action rifle, bearing serial number 270097;

(h)   one Winchester model 67A .22 caliber bolt-action rifle, bearing no serial number;

(i)   one Marlin model 10 .22 caliber bolt-action rifle, bearing no serial number;

(j)   one Marlin (Glenfield) model 60 .22 caliber semi-automatic rifle, bearing no serial number;

(k)   one Remington model Nylon 66 .22 caliber semi-automatic rifle, bearing no serial number;

(l)   one Winchester model 1890 .22 caliber pump-action vice semi-automatic rifle, bearing serial number 246502;

(m)   one Winchester model 190 .22 caliber semi-automatic rifle, bearing serial number B1426619;

(n)   an Italian unknown model bolt-action rifle of unknown caliber, bearing serial number VN5608;

(o)   one Remington model 870TB 12-gauge pump-action shotgun, bearing serial number 1295573V;

(p)   one Winchester model 1897 12-gauge pump-action shotgun, bearing serial number 476583;

(q)   one Stevens (Savage Arms) model 94C 16-gauge single-shot shotgun, bearing no serial number;

(r)   one Harrington & Richardson model 088 .410 caliber single-shot shotgun, bearing serial number AY536440;

(s)   one Remington model 870 12-gauge pump-action shotgun, bearing serial number 735194V;

(t)   one Harrington & Richardson model 686 .22 caliber revolver, bearing serial number AU184261;

(u)   one Walther model PPK/S .380 caliber semi-automatic pistol, bearing serial number 056779;

(v)   one Charter Arms model "Off Duty" .38 caliber revolver, bearing serial number 962178;

(w)   one Rohm model RG63 .38 caliber revolver, bearing serial number 47523;

(x)   approximately 58 rounds of Winchester .45 caliber ammunition;

(y)   approximately 200 rounds of Federal .22 Long Rifle caliber ammunition;

(z)   approximately 34 rounds of Winchester .45 Auto caliber ammunition;

(aa)   approximately 63 rounds of CCI/Speer .380 Auto caliber ammunition;

4

(bb) approximately 100 rounds of Cartoucherie de Valence .30 Carbine caliber ammunition;

(cc) approximately 200 rounds of .22 Winchester Magnum Rimfire caliber ammunition;

(dd) approximately 12 rounds of Winchester 5.56 caliber ammunition;

(ee) approximately 38 rounds of Remington .38 Special caliber ammunition;

(ff) approximately 22 rounds of Federal .357 Magnum caliber ammunition;

(gg) approximately 150 rounds of CCI/Speer .22 Long Rifle caliber ammunition;

(hh) approximately 20 rounds of Winchester 7mm Mauser caliber ammunition; and

(ii) approximately 16 rounds of Winchester 7mm Remington Magnum caliber ammunition.

December 20, 2017
_____
DATE

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

Presented by:

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


    /s/ Katharine Schonbachler
_____
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

5