UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID DEMULLE,<br><br>　　　　　Defendant. | Case No. CR 15-00141-ODW<br><br>ORDER GRANTING<br>EX PARTE APPLICATION<br>FOR APPOINTMENT OF COUNSEL |

　　　This Court, having read and considered the Ex Parte Application submitted by defendant David DeMulle on June 10, 2020, and finding good cause, hereby orders that DFPD counsel be appointed to represent defendant David DeMulle pursuant to 18 U.S.C. § 3006A.

　　　IT IS SO ORDERED.

Dated: June 11, 2020

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:DFPD